No. 708. SONNESEN *v.* PANAMA TRANSPORT Co. Court of Appeals of New York. Certiorari denied. *Jacob Rassner* for petitioner. *Walter X. Connor* and *Vernon Sims Jones* for respondent. *Silas B. Axtell* filed a brief for the

920

Friends of Andrew Furuseth Legislative Association, as *amicus curiae,* supporting petitioner.

